Dismissed and Memorandum Opinion filed July 26, 2007








Dismissed
and Memorandum Opinion filed July 26, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00159-CV

____________

 

KELLY H. BAXTER, ET AL, Appellants

 

V.

 

INDEPENDENT PRODUCERS ALLIANCE, ET AL, Appellees

 



 

On Appeal from
County Civil Court at Law No. 1

Harris County,
Texas

Trial Court Cause
No. 853072

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 11, 2006.  On July 2, 2007, appellants
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July
26, 2007.

Panel consists of Justices Anderson, Fowler, and Frost.